DEFENDANT:   RIGOBERTO BEJARANO-MOLINAR

YOB:   1981

ADDRESS:   I.C.E. Custody

COMPLAINT FILED?   _____ YES   __X__ NO

IF YES, PROVIDE MAGISTRATE CASE NUMBER:
IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ YES   __X__ NO

OFFENSE:   8 U.S.C. § 1326(a); (b)(1); Illegal re-entry of removed alien subsequent to a felony conviction

LOCATION OF OFFENSE:   Mesa County, CO

PENALTY:   NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT three years supervised release; $100 special assessment.

AGENT:   Adam Elder, D.O., ICE

AUTHORIZED BY:   Pete Hautzinger, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:   three days or less

THE GOVERNMENT:   **will** seek detention in this case pursuant to 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention **is not** applicable to this defendant.

OCDTEF CASE:   _____ Yes   __X__ No